IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bleavings, Geraldine L | Case Number: 07 B 05814 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 171.25 |
| Other Funds: | | 428.75 |
| Totals: | 3,600.00 | 3,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 3,000.00 | 3,000.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 57,310.22 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 9,245.87 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 111.97 | 0.00 |
| 6. | Verizon Wireless | Unsecured | 14.25 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 273.60 | 0.00 |
| 8. | Verizon Wireless | Unsecured | 220.09 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 1,367.55 | 0.00 |
| 10. | Pierce & Associates | Secured | | No Claim Filed |
| 11. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 12. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 13. | Chase Home Finance | Unsecured | | No Claim Filed |
| 14. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | LaSalle National Bank | Unsecured | | No Claim Filed |
| 18. | Pierce & Associates | Unsecured | | No Claim Filed |
| 19. | Torres Credit | Unsecured | | No Claim Filed |
| 20. | CitiMortgage Inc | Unsecured | | No Claim Filed |
| 21. | Nas Cassel | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 71,543.55 | $ 3,000.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bleavings, Geraldine L

Printed: 3/25/08

Case Number: 07 B 05814
Judge: Hollis, Pamela S
Filed: 4/2/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 171.25 |
|  | _____ |
|  | $ 171.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

